**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **ROBERTO BAEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 5:12-CV-127 (MTT)** |
| | ) | |
| **SERGEANT JAMES, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

This matter is before the Court on the Plaintiff's Motion for Leave to Appeal In Forma Pauperis. (Doc. 13). For the following reasons, the Motion is **DENIED.**

The Plaintiff's Complaint was dismissed, and his Motion to Proceed In Forma Pauperis was denied because he violated the Prison Litigation Reform Act's three-strike rule and failed to show that an exception applied. (Doc. 5). Further, the Court has denied his Motion for Reconsideration. (Doc. 10). The Plaintiff now moves for leave to appeal in forma pauperis.

Federal Rule of Appellate Procedure 24(a) sets out the requirements for an appellant in a civil case who wishes to proceed in forma pauperis. According to Rule 24(a)(1), the appellant "must attach an affidavit that…(A) shows in the detail prescribed by Form 4 of the Appendix of Forms [his] inability to pay or give security for the fees and costs; (B) claims an entitlement to redress; and (C) states the issues that [he] intends to present on appeal." Here, the Plaintiff's Affidavit is insufficient in that it neither claims an entitlement to redress nor sufficiently states the issues that are presented on appeal.

Therefore, the Plaintiff has failed to satisfy the requirements of Rule 24 and his Motion

is **DENIED** without prejudice.  If the Plaintiff wishes to proceed with his appeal, he must

pay the entire $455.00 appellate filing fee, or he may have one opportunity to amend his

Motion to conform to the standards set out by Fed. R. App. Proc. 24(a).

       **SO ORDERED**, this the 18th day of May, 2012.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT